| | |
|---|---|
| 1   Simeon J. Osborn, WSBA #14484 | |
| 2   Susan Machler, WSBA #23256 | HON. ROSANNA PETERSON |
|      OSBORN MACHLER, PLLC | |
| 3   2125 Fifth Avenue | |
|      Seattle, WA 98121 | |
| 4   (206) 441-4110 | |
| 5   (206) 441-4200 – Fax | |

1 Simeon J. Osborn, WSBA #14484
2 Susan Machler, WSBA #23256
  OSBORN MACHLER, PLLC
3 2125 Fifth Avenue
  Seattle, WA 98121
4 (206) 441-4110
5 (206) 441-4200 – Fax

                         HON. ROSANNA PETERSON

6 Richard Wall
7 RICHARD D. WALL, P.S.
  221 West Main Avenue, Suite 200
8 Spokane, WA 99201
  (206) 624-5370
9 (509) 747-5692 – Fax

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESTATE OF W. SCOTT CREACH, by and through Imogene Creach, Personal Representative, IMOGENE CREACH, Individually and as Representative of the Estate of W. SCOTT CREACH, ALAN CREACH, ERNEST CREACH, SERENA LEONARD, and EDITH CARROLL, Individually,<br><br>       Plaintiffs,<br>vs.<br><br>SPOKANE COUNTY WASHINGTON, BRIAN HIRZEL, and OZZIE KNEZOVICH,<br><br>       Defendants. | Case No. CV-11-432-RMP<br><br>DECLARATION OF<br>D.P. VAN BLARICOM |

DECLARATION OF D.P. VAN BLARICOM - 1

(No. CV-11-432-RMP)

**OSBORN MACHLER**
2125 Fifth Avenue
Seattle, WA 98121
(206) 441-4110 (Tel)
(206) 441-4220 (Fax)

I, D.P. VAN BLARICOM, under penalty of perjury under the laws of the State of Washington, declares that the following is true and correct.

1. My name is D. P. Van Blaricom, and I am competent to testify to the matters herein.

2. The shooting reconstruction courses I reference in my report that I attended at Northwestern University's Center for Public Safety and at the American Academy of Forensic Sciences are the type of courses relied upon by law enforcement officers and agencies. They are also relied upon by forensic and law enforcement experts.

3. Force Science Center News is the newsletter of the Force Science Institute, which studies human response in highly stressful situations. The institute is led by two advisory boards, whose members are leaders and experts in the fields of law enforcement, criminal justice, tactics, firearms, and other disciplines. Force Science News is relied upon by experts in law enforcement.

4. The National Law Enforcement Policy Center's Model Policies are used by law enforcement agencies all over the country. They are written by experts in law enforcement and are routinely relied upon by experts in law enforcement.

SIGNED this 14th day of March, 2013, in Bellevue, King County, Washington.

_____
D.P. Van Blaricom

DECLARATION OF D.P. VAN BLARICOM - 2

(No. CV-11-432-RMP)

**OSBORN MACHLER**
2125 Fifth Avenue
Seattle, WA 98121
(206) 441-4110 (Tel)
(206) 441-4220 (Fax)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that, on March 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following listed attorneys:

HEATHER C. YAKELY, WSBA#28848
HUGH T. LACKIE, WSBA#6693
EVANS, CRAVEN & LACKIE, P.S.
818 West Riverside Avenue, Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 – Fax
E-mail: hyakely@ecl-law.com
E-mail: hlackie@ecl-law.com
Attorneys for Defendant Spokane County & Ozzie Knezovich

STANLEY A. BASTIAN, WSBA#l3415
JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
2600 Chester Kimm Road
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685
(509) 662-2452 – Fax
E-mail: stanb@idsalaw.com
Attorney for Defendant Brian Hirzel

**DATED** this 15th day of March, 2013.

*s/ Kathryn Bue*
Kathryn R. Bue, *Paralegal*
OSBORN MACHLER, PLLC
2125 Fifth Avenue
Seattle, WA 98121
(206) 441-4110
(206) 441-4200 – Fax
kbue@osbornmachler.com
ATTORNEYS FOR PLAINTIFFS

DECLARATION OF D.P. VAN BLARICOM - 3

(No. CV-11-432-RMP)