UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF W. SCOTT CREACH, by and through IMOGENE CREACH, Personal Representative, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SPOKANE COUNTY WASHINGTON, et al.,<br><br>Defendants. | NO: CV-11-432-RMP<br><br>ORDER GRANTING MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

**BEFORE THE COURT** is the Defendants' Stipulated Motion for Order of Dismissal, ECF No. 196. Having reviewed the motion and the file and pleadings therein, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants' Stipulated Motion for Order of Dismissal, **ECF No. 196**, is **GRANTED**. Plaintiffs' Complaint and all counterclaims and/or cross-

ORDER GRANTING MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS ~ 1

1 claims, if any, are dismissed with prejudice and without costs to any

2 party.

3 2. All pending motions, if any, are **DENIED AS MOOT**.

4 3. All scheduled court hearings, if any, are **STRICKEN**.

5 The District Court Clerk is directed to enter this Order, enter judgment as

6 settled, provide copies to counsel, and **close** this case.

7 **DATED** this 19th day of July 2013.

8

9        *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
10       Chief United States District Court Judge

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING MOTION FOR ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS ~ 2