# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ESTATE OF W. SCOTT CREACH, by and through IMOGENE CREACH, Personal Representative, et al., *Plaintiff* v. SPOKANE COUNTY WASHINGTON, et al., *Defendant* | ) ) ) ) ) ) Civil Action No. CV-11-432-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Judgment of settlement is entered and this case is dismissed with prejudice and without costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROSANNA MALOUF PETERSON  on a motion for Stipulated Order of Dismissal with prejudice.

Date: 7/19/2013

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas